# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| GLENDORA MANAGO, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CANE BAY PARTNERS VI, LLLP, *et al.*, <br><br> Defendants. | Case No.: 1:20-cv-00945-LKG <br><br> **PLAINTIFFS' NOTICE OF APPEAL** |

Plaintiffs Glendora Manago, Karen Peterson, Diana Costa, Colleen Hunter, Sharon Davis, Leslie Turner, Camilla Vernon, and Lashaunya Morris, individually and on behalf of those similarly situated, hereby appeal to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order Dismissing the Amended Complaint, ECF No. 111, entered in this case on September 2, 2022. A true and correct copy of the Memorandum Opinion and Order Dismissing the Amended Complaint is attached as Exhibit A.

Date: September 29, 2022

/s/John G. Albanese
Martin E. Wolf, Bar No. 09425
GORDON, WOLF & CARNEY, CHTD.
100 W. Pennsylvania Ave., Suite 100
Towson, MD 21204
Tel. 410.825.2300
mwolf@gwcfirm.com

BERGER MONTAGUE PC
E. Michelle Drake (*pro hac vice*)
John G. Albanese (*pro hac vice*)
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Tel: (612) 594-5999
Fax: (612) 584-4470
emdrake@bm.net
jalbanese@bm.net

Sophia Rios (*pro hac vice*)
BERGER MONTAGUE PC
401 B Street, Suite 2000
San Diego, CA 92101
T. 858.252.6649
F. 215.875.4604
srios@bm.net

*Counsel for Plaintiffs*