IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Glendora Manago, *et a.*, <br><br> Plaintiffs, <br><br> v. <br><br> Cane Bay Partners VI, LLLP, *et al.*, <br><br> Defendants. | Case No. 1:20-cv-00945-LKG |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Glendora Manago, Karen Peterson, Diana Costa, Colleen Hunter, Sharon Davis, Leslie Turner, Camilla Vernon, and Lashaunya Morris ("Plaintiffs") and Defendants Kirk Chewning, David Johnson, Cane Bay Partners VI, LLLP, Richard Mayer, Karen Rabbithead, David Blacksmith, Wesley Scott Wilson, Mark Fox, Cory Spotted Bear, Sherry Turner-Lone Fight, Mervin Packineau, V. Judy Grugh, Fred Fox, and Monica Mayer, by and through their counsel, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action, with each party to bear their own fees and costs.

Date: November 6, 2023

/s/John G. Albanese
E. Michelle Drake*
John G. Albanese*
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 594-5999
Facsimile: (612) 584-4470
emdrake@bm.net
jalbanese@bm.net

Sophia Rios*
BERGER MONTAGUE PC
401 B Street, Suite 2000

- 1 -

San Diego, CA 92101
Telephone: (858) 252-6649
Facsimile: (215) 875-4604
srios@bm.net

*pro hac vice*

Martin E. Wolf, (Bar No. 09425)
GORDON, WOLF & CARNEY, CHTD.
100 W. Pennsylvania Ave., Suite 100
Towson, MD 21204
Tel. 410.825.2300
mwolf@gwcfirm.com

*Attorneys for Plaintiffs*

Date: November 6, 2023

/s/ Ashley Vinson Crawford
Ashley Vinson Crawford, Esq.
(admitted *pro hac vice*)
Danielle C. Ginty, Esq.
(admitted *pro hac vice*)
AKIN GUMP STRAUSS HAUER &FELD LLP
580 California Street, Suite 1500
San Francisco, CA 94104
Tel: (415) 765-9500
Fax: (415) 765-9501
Email: avcrawford@akingump.com
dginty@akingump.com

S. Mohsin Reza (D. Md. Bar No. 19015)
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 9th Street NW, Suite 1000
Washington, DC 20004
Telephone: (202) 274-1927
Facsimile: (703) 448-6510
Email: mohsin.reza@troutman.com

*Counsel for Cane Bay Partners VI, LLLP, David Johnson, and Kirk Chewning*

/s/ *Leonika R. Charging-Davison*
Leonika R. Charging-Davison
BIG FIRE LAW &POLICY GROUP, LLP
1905 Harney Street, Suite 300

Omaha, NE 68102
Tel: (531) 466-8725
Fax: (531-466-8792
Email: lcharging@bigfirelaw.com

Tony S. Lee (Bar No. 28121)
FLETCHER, HEALD AND HILDRETH
1300 17th Street, North, 11th Floor
Arlington, VA 22209
Tel: (703) 812-0442
Fax: (703) 812-0486
Email: lee@fhhlaw.com

*Counsel for Richard Mayer, Karen Rabbithead, David Blacksmith, and Wesley Scott Wilson*

 /s/ Douglas Friend Gansler
Douglas Friend Gansler (#21010)
CADWALADER, WICKERSHAM, &TAFT
700 Sixth Street NW
Washington, DC 20001
Email: Douglas.gansler@cwt.com

Peter J. Breuer (admitted *pro hac vice*)
FREDERICKS LAW FIRM
10541 Racine St.
Commerce City, CO 80022
Email: pbreuer@jf3law.com

*Counsel for Mark Fox, Cory Spotted Bear, Sherry Turner-Lone Fight, Mervin Packineau, V. Judy Brugh, Fred Fox, and Monica Mayer*